IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARGARET LEWIS, | : | |
| Plaintiff, | : | Case No. 3:11cv00022 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

# DECISION AND ORDER

This case is before the Court upon Plaintiff's Motion For Attorney Fees Under Equal Access To Justice Act (EAJA), 28 U.S.C. §2412(d) (Doc. #19). The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Motion.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $4,790.20 for 27.75 hours of attorney work performed in this case and in this Court. Absent opposition by the Commissioner, Plaintiff's Motion and supporting documents establish that she is entitled to an award of attorney fees under the EAJA in the total amount she seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Award Of Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #19) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA directly to Plaintiff's counsel in the total amount of $4,790.20; and

3. The case remains terminated on the docket of this Court.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge